PD-1067-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/12/2015 9:39:05 AM
Accepted 10/13/2015 8:39:44 AM
ABEL ACOSTA
CLERK

LISA C. MCMINN
STATE PROSECUTING ATTORNEY

JOHN R. MESSINGER
ASST. STATE PROSECUTING ATTORNEY

OFFICE OF
**STATE PROSECUTING ATTORNEY**
P.O. BOX 13046
CAPITOL STATION
AUSTIN, TX 78711
(512) 463-1660

STACEY M. GOLDSTEIN
ASST. STATE PROSECUTING ATTORNEY

FILED IN
COURT OF CRIMINAL APPEALS

October 12, 2015

October 13, 2015

ABEL ACOSTA, CLERK

Honorable Abel Acosta
Clerk of the Court
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78701

Re:     Ex parte James Richard "Rick" Perry
        Cause No. PD-1067-15

Dear Mr. Acosta,

Please be advised that I will appear and present argument in the above referenced cause on November 18, 2015.

Thank you for attention to this matter.

Sincerely,

/s/ Lisa C. McMinn
State Prosecuting Attorney